

# ST. ANN D PARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

<u>**Internal Affairs Report**</u>

**FBI**
**National Academy**
**Session # 260**

| | |
|---|---|
| To: | Chief of Police |
| FM: | Commander Jeffrey Tesdall DSN 129 |
| | Commander Daniel Cowsert DSN 138 |
| Date: | April 11, 2019 |
| Re: | Use of Force 19-00427 |

Sir,

The following report is in regards to an investigation that was opened pertaining to pursuit report 19-00427. Information is as follows:

On Tuesday, April 9, 2019 a vehicle pursuit was initiated by P.O. Mudd #193, in the City of St. Ann, with a vehicle that was recognized from a residence, where the residents were suspected of drug use. Mudd initiated a traffic stop for a license plate violation at which point the vehicle fled and was eventually involved in an accident on Natural Bridge at Kingshighway, in the City of St. Louis. After the accident, the male driver fled the scene on foot and was subsequently apprehended in the parking lot of U.S. Bank, 3515 N. Kingshighway. The female passenger remained in the suspect vehicle until she was also taken into custody. The charges associated with this pursuit are:

**ASSAULT 2ND DEGREE**
**RESIST ARREST/DETENTION/STOP BY FLEEING - CREATE SBSTNTL RISK-SERIOUS INJ/DEATH**
**LEAVING SCENE OF ACCIDENT – PHYSICAL INJURY**

On Wednesday, April 11, 2019 I was notified of a Facebook post on the "Real StL. News" page. The post was uploaded to the page on April 11, 2019 at 0946 hrs and was a "Guest Columnist Submission". In summary, the post made mention that there was excessive force used in the apprehension of the fleeing suspect. Although no formal complaint has been made, based on the anonymous information/post, an internal investigation was opened by this department.

On April 11, 2019 at approx. 1430 hrs, I responded to the location of where the accident and apprehension took place (U.S. Bank parking lot). I made contact with the U.S. Bank Branch Manager, Kendra Moore. I informed her of the reason for my visit and asked if there were any external cameras on their property. At that time, we did a walk around the property of U.S. Bank. I was able to locate one external camera on the front (east) side of the building. The camera was attached to the awning, over the entrance to the bank, and angled south towards the ground at the ATM machine. It is believed that the apprehension of the suspect may have occurred within the view of this camera. I later submitted a formal request to the U.S. Bank Case Onboarding/Triage Team (see attached emails) for any possible video related to the incident. On May 7, 2019 I received a notice from U.S. Bank RCA Specialist Ken McFee stating a subpoena would be required to obtain any video footage.

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074









GOV-000001



# ST. ANN DEPARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

FBI
National Academy
Session # 260

Commander Cowsert #138 and I responded to the following businesses located in the area for possible video footage:

Family Dollar – 3501 N. Kingshighway Blvd, St. Louis, Mo 63115
White Castle – 3524 N. Kingshighway Blvd, St. Louis, Mo 63115
BP – 5003 Natural Bridge Ave, St. Louis, Mo 63115
Walgreens – 3720 N. Kingshighway Blvd, St. Louis, Mo 63115

We were able to locate multiple cameras at each location, but none of the cameras had a view of U.S. Bank parking lot.

Upon returning to the St. Ann Police Station, I was able to listen to the recorded radio traffic and view the in-car video from the following vehicles involved in the call:

Vehicle 3 – P.O. Freet
Vehicle 4 – P.O. Martin
Vehicle 6 – P.O. Mudd

The video from P.O. Freet's vehicle shows that his involvement in the call was limited to transporting the suspect from the scene to the St. Ann Police Department. P.O. Mudd's video shows that he was the officer to initiate the pursuit, however during the pursuit the suspect vehicle exited Interstate 270 at Lindbergh Blvd. Mudd was unable to exit and subsequently was no longer behind the fleeing vehicle. It wasn't until after the accident and arrest of the suspect that Mudd arrived on scene. He took custody of the female suspect and transported her back to the St. Ann Police Department. P.O. Martin's video shows that just prior to the accident he and Det. Brown were close behind in separate vehicles. After the accident, Det. Brown maneuvered his vehicle around the driver's side of the suspect vehicle as the suspect fled on foot. Martin maneuvered his vehicle around the passenger side of the suspect's vehicle and had a minor collision with Brown's vehicle as the suspect fled on foot. The suspect continued to flee in a southwesterly direction towards the U.S. Bank. Brown and Martin both gave chase on foot until out of the view of Martin's in-car video. Seconds later, a Captain from the Hillsdale Police Department, arrived on scene and ran towards the bank to assist the St. Ann Officers. After the suspect was taken into custody, he was escorted to Martin's patrol car by Martin and the Hillsdale Captain. They were also accompanied by North County Police Cooperative's, Lt. Quinn and P.O. Hawkins-Byrd.

While escorting the suspect to the car, he (suspect) was being carried by his arms and not showing movement or assisting officers at all. The suspect was then placed face down next to the police car where he began to move around and roll on to his side, eventually sitting up and then laying down on his back. Other officers then arrive on scene and walked the suspect to P.O. Freet's vehicle. The officers that escorted the suspect were Det. Means and P.O. Freet. As the suspect arrives at Freet's vehicle, it appears that he has injuries to the right side of his face. He is then transported to the St. Ann Police Department where he was evaluated by Community Fire and EMS. He was then transported to DePaul Hospital for treatment.

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074









GOV-000002



# ST. ANN D●PARTMENT OF ●LICE



**Aaron Jimenez**
Chief of Police

**FBI**
**National Academy**
**Session # 260**

With regards to the audio, at times during the pursuit, it was advised over the radio that the car was involved in an ongoing narcotics investigation and the suspect was possibly armed. It was also stated that the suspect was reaching around a lot in the vehicle during the pursuit.

Over the next few days, Cdr. Cowsert and I spoke with the following officers that are known to have been at the above mentioned scene:

Det. Ellis Brown
Det. Sgt. Robert Inman
Det. Brandon Means
Det. Kevin Couty
P.O. Patrick Martin
P.O. Benjamin Freet
P.O. Aron Smedley
P.O. Daniel Mudd
Chief Bersen (Hillsdale Police)
Lt. Quinn (North County Police Cooperative)
P.O. Hawkins-Byrd (North County Police Cooperative)

Det. Brown stated                    Potential Garrity
                        Potential Garrity

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074

      

GOV-000003



# ST. ANN DEPARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

Det. Sgt. Inman stated that he arrived on scene after the accident and apprehension of Kolb. When Inman arrived, Kolb was laying on the ground next to a St. Ann patrol car. Kolb has some blood and injuries on his face that Inman assumed were caused by the vehicle accident. Due to a crowd gathering, Inman instructed patrol officers to transport Kolb to the St. Ann Police Station. Det. Brown also advised Inman that Kolb resisted arrest after the foot pursuit but was eventually taken into custody. Inman stayed on the scene of the accident until the investigation was concluded and vehicles were towed. When asked what information Inman knew regarding the pursuit, he stated that during the pursuit it was put over the radio that the driver was affiliated with a known narcotics house and was possibly armed with a gun. It was further stated that during the pursuit the driver was seen moving around in the car. See the attached written statement for further.

Det. Means stated that he and Det. Couty arrived on scene after the accident occurred. He observed a male suspect, handcuffed, laying on the ground in front of a St. Ann Patrol car. At the time Means arrived on scene he was unaware that there was a foot pursuit with the male subject. Means observed some blood on Kolb's cheek and thought it was due to the accident. Means assisted P.O. Freet and escorted Kolb to the transport vehicle. Means said that he heard a female onlooker yelling on scene but was unable to hear what she was saying. There were also some people yelling "good job". Means said that all of the yelling on scene "seemed normal for the situation". Means then remained on scene and helped with the vehicles involved in the accident. After responding back to the St. Ann Police Department, a search of the suspect vehicle yielded a large amount of suspected stolen clothing with the tags still on the items. See the attached written statement for further.

Det. Couty stated that he and Det. Means drove to the scene in the same vehicle. Det. Sgt. Inman arrived on scene about the same time. When they walked up to the scene, Couty observed the suspect was in custody and on the side of a St. Ann patrol vehicle. At that time, Couty walked in front of Means and Freet, as they escorted Kolb to the transport car. Couty said that he noticed a St. Louis City police officer briefly make contact with two females on scene before the officer left for another call. See the attached written statement for further.

P.O. Martin stated                                  Potential Garrity
                                         Potential Garrity

10405 St. Charles Rock Rd. • St. Ann, MO 63074









GOV-000004



# ST. ANN DEPARTMENT OF POLICE



**FBI**
**National Academy**
**Session # 260**

**Aaron Jimenez**
Chief of Police

P.O. Freet stated that he arrived on the scene approximately 60-90 seconds after the crash. As Freet walked up, he observed the suspect laying on the ground next to a patrol car. Freet and Means stood the suspect up and then walked him to Freet's car for transport. Freet asked the suspect what his name was and he said "Steve". When asked what his last name was Steve became uncooperative. There was no conversation between Freet and the suspect while he was being transported to the station. Upon arrival at the station, the corrections officers told Freet they recognized the suspect and knew who he was. See the attached written statement for further.

P.O. Smedley stated that he was patrolling Charlack at the time the pursuit initiated. The suspect vehicle eventually travelled south on Hwy 170 from Hwy 70. Smedley set up spike strips just south of St. Charles Rock Rd on Hwy 170 in an attempt to disable the suspect vehicle. The vehicle exited at St. Charles Rock Rd and did not pass by Smedley. Smedley was not directly involved in the pursuit but did respond to the scene of the accident to assist. Upon arrival, Smedley assisted the innocent victim involved in the crash and coordinated EMS and Doc's Towing. He stayed on scene until the crash was cleared. See the attached written statement for further.

P.O. Mudd stated that although he initiated the pursuit, he was unable to exit on Lindbergh to follow the suspect vehicle. Other units involved continued until the crash at Kingshighway. Mudd arrived on scene within 60-90 seconds of the accident. Mudd made contact with Hillsdale Chief Bernsen, who already had the female suspect secured in his back seat. Mudd then transported the female to the St. Ann Police Department without incident. See the attached written statement for further.

Chief Bernsen stated that he was an assist unit in the pursuit. Bernsen said that the driver of the suspect vehicle was driving in a dangerous manner throughout the entire pursuit, even driving into oncoming traffic at times. Bernsen arrived at the scene immediately after the crash and observed a female subject in the suspect's crashed vehicle. Bernsen took her into custody and secured her in the back seat of his vehicle. His captain responded to the area of where the male suspect was taken into custody. A Hillsdale Police Report was taken for their records.

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074









GOV-000005



# ST. ANN DEPARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

Lt. Quinn stated that he was assisting with the pursuit and observed the suspect vehicle driving in a dangerous and careless manner. After the suspect fled on foot, Lt. Quinn drove past the disabled vehicles and turned on Kingshighway. As Quinn approached the location the suspect ran to, he saw the suspect was in custody. Lt. Quinn stated he did not witness any use of force while he was on scene. P.O. Hawkins-Byrd stated that as he arrived on scene, the suspect was detain, at which time he gave the arresting officer (Martin) his handcuffs. Hawkins-Byrd did not witness any use of force.

In summary, based on the information gathered during this investigation it has been determined that although force was used in the apprehension of the suspect, there is no evidence that the force used was excessive. This Internal Affairs Investigation will be classified as *Exonerated*.

It should be noted, after several requests, I have not received a copy of the Hillsdale Police report. It will be submitted when received.

Nothing further at this time.

*[signature]*

**Cdr. Jeffrey Tesdall #129**
B.F.O. – St. Ann Police Dept.

*[signature]*

**Cdr. Daniel Cowsert #138**
B.F.I. - St. Ann Police Dept.

*[signature]* #101

**Chief Aaron Jimenez #101**
Chief of Police – St. Ann Police Dept.

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074

      

GOV-000006



**Aaron Jimenez**
Chief of Police

**Internal Affairs Investigation**

**FBI
National Academy
Session # 260**

## Interview of Department Employee as a Witness to an Investigation

Case Number:    2019-04

Employee Name/I.D. Number: **Ben Freet #192**

10405 St. Charles Rock Rd.  St. Ann, Mo. 63074

Position or Assignment: **Patrol Division**

Ph. # **314-427-8000**

Date of Interview: **Tuesday, April 08, 2019**

Time of Interview: **1300 Hrs.**

Name of Interviewer: **Jeffrey Tesdall #129**

Place of Interview: **Major's Office**

Assignment of Interviewer: **Commander/Patrol Div.**

Name of Other Persons Present: **Cdr. Cowsert #138**

You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an employee of the St. Ann Police Department. Failure to answer any question may subject you to departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 Conduct Unbecoming a Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department Code of Conduct 26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1420 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074









GOV-000007

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Tesdall                                **Date:** 04/15/2019

**From:** P.O. Freet, DSN 192

**Ref:** 19-00427

On Tuesday, April 8, 2019, I met with Commander Cowsert and Commander Tesdall to speak about my involvement in the pursuit, which occurred on April 9, 2019. Our discussion included me recalling my involvement in the pursuit, which car number I was, and the amount of time I was on scene. I was debriefed on the incident and asked about any pedestrians who stuck out to me and what statements they made. I was advised by my commanding officers there would be a squad debriefing to discuss the actions of the squad collectively.

Respectfully Submitted,
P.O. Freet, DSN 192

*P.O. Freet, 192*

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000008




# ST. ANN DEPARTMENT OF POLICE

**Aaron Jimenez**
Chief of Police

## Internal Affairs Investigation

### Interview of Department Employee as a Witness to an Investigation

Case Number:    2019-04

Employee Name/I.D. Number: **Patrick Martin #164**

Position or Assignment: **Patrol Division**

Date of Interview: **Friday, April 12, 2019**

Name of Interviewer: **Jeffrey Tesdall #129**

Assignment of Interviewer: **Commander/Patrol Div.**

**10405 St. Charles Rock Rd.  St. Ann, Mo. 63074**

Ph. # 314-427-8000

Time of Interview:  **1400 Hrs.**

Place of Interview: **Major's Office**

Name of Other Persons Present: **Cdr. Cowsert #138**

You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an employee of the St. Ann Police Department. Failure to answer any question may subject you to departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 Conduct Unbecoming a Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department General Order 26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1430 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074









GOV-000009

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Tesdall 129, Commander Cowsert 138  **Date:** 04/12/2019

**From:** PO Martin 164

**Ref:** 04-09-2019

Sir,

Potential Garrity

Respectfully submitted.

PO Martin 164



TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000010

NOT USED

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000011



# ST. ANN DEPARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

## Internal Affairs Investigation
### Interview of Department Employee as a Witness to an Investigation

**FBI**
**National Academy**
**Session # 260**

Case Number:     2019-04

Employee Name/I.D. Number: **Aron Smedley #165**        10405 St. Charles Rock Rd.  St. Ann, Mo. 63074

Position or Assignment: **Patrol Division**        Ph. # 314-427-8000

Date of Interview: Wednesday, **April 17, 2019**        Time of Interview:  **1300 Hrs.**

Name of Interviewer: **Jeffrey Tesdall #129**        Place of Interview: **Commander Tesdall's Office**

Assignment of Interviewer: **Commander/Patrol Div.**        Name of Other Persons Present: **Cdr. Cowsert #138**


You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an employee of the St. Ann Police Department. Failure to answer any question may subject you to departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 regarding any Conduct Unbecoming a Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department General Order 26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1320 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074









GOV-000012

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Tesdall 129        **Date:** 04/17/2019

**From:** P.O. Smedley 165

**Ref:** Pursuit Involvement

On Tuesday, 04/09/2019 at approximately 1708 hours, officers from the St. Ann Police Department were in a pursuit of a vehicle. During this time, I was the officer patrolling Charlack. The Pursuit came towards my location by travelling south on 170. I set up my vehicle, on the inside shoulder of 170 just south of St. Charles Rock Road and prepared spike strips. Due to me being on the shoulder of the interstate, vehicles began to slow down around me, causing the suspect vehicle to exit at St. Charles Rock Road. I put the spike strips back into the trunk and entered my vehicle to attempt to catch up to the pursuit, because at this time only one officer was in the pursuit.

I used my patrol vehicle and drove south on 170, exited at Page, and reentered onto 170 north. The pursuit was travelling east on Natural Bridge as I was passing St. Charles Rock Road on northbound 170. I exited at Natural Bridge and began travelling east. I continued until I arrived on the scene of the crash (Natural Bridge and Kingshighway).

I arrived and parked my vehicle at the bank, located at the southwest corner of the intersection. I immediately responded to the victim of the crash. I gathered her information, requested an ambulance because she was complaining of leg pain, and had Doc's respond to tow her vehicle. I remained on scene until the crash was cleaned up.

While on scene, I remember multiple people yelling "Y'all know better than to be chasing people. Y'all got told not to do it anymore". A news reporter asked me if anyone on scene would be willing to make a statement. I told him no.

I returned to the St. Ann Police Department and forwarded the information I gathered to the reporting officer.

Nothing further.

Respectfully,

P.O. Smedley 165

P.O. Smedley 165

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000013



# ST. ANN DEPARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

<u>**Internal Affairs Investigation**</u>

**FBI**
**National Academy**

<u>**Interview of Department Employee as a Witness to an Investigation**</u>Session # 260

Case Number:    2019-04

Employee Name/I.D. Number: **Kevin Couty #184**          10405 St. Charles Rock Rd.  St. Ann, Mo. 63074

Position or Assignment: **Detective Bureau**          Ph. # **314-427-8000**

Date of Interview: Wednesday, **April 17, 2019**          Time of Interview:  **1400 Hrs.**

Name of Interviewer: **Jeffrey Tesdall #129**          Place of Interview: **Commander Tesdall's Office**

Assignment of Interviewer: **Commander/Patrol Div.**          Name of Other Persons Present: **Cdr. Cowsert #138**

You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney
need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an
employee of the St. Ann Police Department. Failure to answer any question may subject you to
departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being
taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording
upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 regarding any Conduct Unbecoming a
Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department General Order
26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss
any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1430 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074

      

GOV-000014

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Tesdal, DSN 129      **Date:** 04/17/2019

**From:** Detective Couty, DSN 184

**Ref:** Pursuit Report (19-00427)

Sir,

On Tuesday, April 9, 2019, at approximately 1705 hours, I assisted in the pursuit of a vehicle, which had failed to yield to Officer Mudd, DSN 193. While attempting to catch up to the units involved in the pursuit, Detective Brown, DSN 181 advised via radio transmission the driver of the vehicle being pursued was a subject relative to an active ongoing drug investigation. He further advised the driver was known to be armed with a firearm. Prior to reaching the pursuit patrol units advised via radio transmission the suspect vehicle was involved in an accident at the intersection of Natural Bridge and Kingshighway. Once on scene, I observed a white male subject in handcuffs lying on the pavement in front of Officer Martin's, DSN 164 fully marked patrol vehicle, which was located on the southwest side of the intersection. It should be noted the male subject was conscious and breathing at the time I observed him. I assisted Detective Means, DSN 170 and Officer Freet, DSN 192 while they escorted and secured the aforementioned subject into Officer Freet ' s fully marked patrol vehicle. Upon securing the subject, I contacted Officer Martin who advised at the conclusion of the pursuit the male attempted to flee the scene on foot, at which time he was taken to the ground. Once on the ground the male appeared to reach into his waist band, as if he was attempting to retrieve a weapon. A brief struggle ensued, during which the male sustained injuries to his face, before he was secured into handcuffs. While talking with Officer Martin, two unidentified females who were positioned on the parking lot of the business which was located on the southwest side of the intersection became verbally aggressive towards assisting officers'.The females remained on the parking lot, only after being told by several officers to not enter the incident scene. I noted the females were recording the incident, while making the aforementioned comments to assisting officers'.

Respectfully submitted,

*[signature]* 184

Detective Couty, DSN 184

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000015



# ST. ANN DEPARTMENT OF POLICE



**Aaron Jimenez**
Chief of Police

**Internal Affairs Investigation**

**Interview of Department Employee as a Witness to an Investigation**

**FBI**
**National Academy**
Session # 260

Case Number: 2019-04

Employee Name/I.D. Number: **Brandon Means #170**

Position or Assignment: **Detective Bureau**

Date of Interview: Wednesday, **April 17, 2019**

Name of Interviewer: **Jeffrey Tesdall #129**

Assignment of Interviewer: **Commander/Patrol Div.**

10405 St. Charles Rock Rd. St. Ann, Mo. 63074

Ph. # 314-427-8000

Time of Interview: **1445 Hrs.**

Place of Interview: **Commander Tesdall's Office**

Name of Other Persons Present: **Cdr. Cowsert #138**

You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an employee of the St. Ann Police Department. Failure to answer any question may subject you to departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 regarding any Conduct Unbecoming a Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department General Order 26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1500 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074









GOV-000016

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Tesdal, DSN 129        **Date:** 04/17/2019

**From:** Detective Means, DSN 170

**Ref:** Pursuit Report (19-00427)

Sir,

    On 04/09/2019 at approximately 1705 hours, I assisted P.O. Mudd 193 in a vehicle pursuit. During the pursuit, Detective Brown 181 advised over the radio that the vehicle being pursued was relative to an active drug investigation, and the driver of that vehicle was known to be armed with a firearm. While attempting to reach the pursuit patrol units advised over the radio the suspect vehicle was involved in an accident at the intersection of Natural Bridge and Kingshighway. Once I arrived on scene, I observed a white male subject handcuffed, and laying on the ground. At this time, I assisted P.O. Freet 192 escort the aforementioned subject to his patrol vehicle. I then assisted in securing all vehicles involved in the accident.

Respectfully submitted,

Detective Means 170

Det. ____ 170

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000017



# ST. ANN DEPARTMENT OF POLICE



**aron Jimenez**
Chief of Police

## Internal Affairs Investigation
## Confidentiality of Professional Standards Investigations

**Whereas premature discussion of professional standards investigation is disruptive to the efficient operation of the St. Ann Police Department, hinders the proper investigation of complaints, is harmful to reputations foster rumors and may prevent the investigator's ability to obtain the truth of the matter, the following is ordered:**

Any member of the Department who is a participant in a Professional Standards Investigation (**Internal Affairs Investigation**), including the subject of the investigation, the investigator conducting the investigation, and any member witnesses in the investigation is hereby ordered not to discuss or disclose any information, outside the investigation procedure, regarding the investigation prior to it becoming a public record, including but not limited to, the identity of the member under investigation, the facts of the investigation, the nature of the questions asked, information obtained or revealed, or documents furnished in connection with the investigation.

**Members of the Department who violate this order shall be subject to discipline up to and including withdrawal of appointment.**

I have received and understand this written order:

_Ret Ell M-181_        _4·12·19_
**Member**                  **Date**

_Cdr. Lell , 128_        _4·12·19_
**Internal Affairs Investigator**     **Date**

_Chief Aa Jim #101_        _5-15-19_
**Chief of Police**               **Date**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074

      

GOV-000018



# ST. ANN DEPARTMENT OF POLICE



**aron Jimenez**
Chief of Police

### Internal Affairs Investigation

### "Garrity Notice"

**FBI**
**National Academy**
**Session # 260**

I.A. Case Number: 2019-04

I wish to advise you that you are being questioned as part of an official internal affairs investigation by the St. Ann Police Department. You will be asked questions specifically directed and related to the performance of your official duties or fitness for office. You are entitled to all the rights and privileges guaranteed by the laws of the Constitution of this state and the Constitution of the United States and the union contract between the St. Ann Police Department and the City of St. Ann, Mo., including the right not to be compelled to incriminate yourself.

I further wish to advise you that if you refuse to testify or to answer questions relating to the performance of your official duties or fitness for duty, you will be subject to departmental charges that could result in your dismissal from this agency. If you do answer, neither your statement no any information or evidence that is gained by reason of such statements can be used against you in any subsequent criminal proceeding. **(except for perjury or obstruction of justice charges)**. However, these statements may be used against you in relation to subsequent departmental charges.

The above warning was read to me by

_Commander Tesdall_ On _04-12-19_ at _1030_
**Name**                    **Date**         **Time**

**Signature:** _Ret EU h 181_

**Witness:** _Cdr. bull 124_

**Witness** _DR. MUSER 154_

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074

      

GOV-000019



# ST. ANN D⬤PARTMENT OF ⬤LICE



aron Jimenez
Chief of Police

## Internal Affairs Investigation

### Interview of Department Employee as the Subject to an Investigation

Case Number:    2019-04

Employee Name/I.D. Number: **Ellis Brown Dsn #181**    10405 St. Charles Rock Rd.  St. Ann, Mo. 63074

Position or Assignment: **Detective Bureau**    Ph. # 314-427-8000

Date of Interview: Wednesday, **April 17, 2019**    Time of Interview: **1530 Hrs.**

Name of Interviewer: **Jeffrey Tesdall #129**    Place of Interview: **Commander Tesdall's Office**

Assignment of Interviewer: **Commander/Patrol Div.**    Name of Other Persons Present: **Cdr. Cowsert #138**


You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an employee of the St. Ann Police Department. Failure to answer any question may subject you to departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 regarding any Conduct Unbecoming a Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department Code of Conduct 26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1600 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074

      

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Jeffery Tesdall DSN 129　　　　**Date:** 04/17/2019

**From:** Detective Ellis Brown DSN 181

**Ref:** 19-00427 Pursuit

In reference to my use of force following the vehicle pursuit in the above indicated report, see the below summary, per your request:

Potential Garrity

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000021

Potential Garrity

Respectfully Submitted,

Detective Ellis Brown 181

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000022



# ST. ANN D[O]PARTMENT OF [O]LICE



**Aaron Jimenez**
Chief of Police

**Internal Affairs Investigation**

**FBI
National Academy
Session # 260**

### Interview of Department Employee as a Witness to an Investigation

Case Number:     2019-04

Employee Name/I.D. Number: **Robert Inman #162**          10405 St. Charles Rock Rd.  St. Ann, Mo. 63074

Position or Assignment: **Detective Bureau**          Ph. # **314-427-8000**

Date of Interview: **Monday, April 22, 2019**          Time of Interview:  **1300Hrs.**

Name of Interviewer: **Jeffrey Tesdall #129**          Place of Interview: **Commander Tesdall's Office**

Assignment of Interviewer: **Commander/Patrol Div.**          Name of Other Persons Present: **Cdr. Cowsert #138**

You are being interviewed as a witness to an internal affairs investigation.

Since you are not the focus of this investigation, neither your immediate supervisor nor an attorney need to be present to represent you.

You are required to answer all questions pertaining to your actions or knowledge obtained while an employee of the St. Ann Police Department. Failure to answer any question may subject you to departmental charges

If at any time during this interview you feel that your answers might result in disciplinary action being taken against you, so advise me and the interview will be stopped until representation is obtained.

This interview is not being recorded. Should you so desire, you may obtain a copy of any such recording upon written application to your commanding officer.

This investigation concerns: **Report #19-00427 on 04-09-2019 regarding any Conduct Unbecoming a Police Officer by Det. Ellis Brown #181 in accordance with St. Ann Police Department Code of Conduct 26.1**

Do you have any further information that you wish to add? **See attached written statement**

This concludes the interview. **As this investigation is continuing, you are hereby ordered not to discuss any portion of this investigation, except with the investigating officer.**

Time interview was concluded: **1320 Hrs.**

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074

      

GOV-000023

# DEPARTMENT OF POLICE

Aaron Jimenez
Chief of Police



Missouri Peace
Officers Association

10405 St. Charles Rock Road
St. Ann, MO 63074
314-427-8000

**To:** Commander Tesdal DSN 129      **Date:** 04/22/2019

**From:** Detective Sergeant Inman DSN 162

**Ref:** 19-00427

Sir,

In reference to the pursuit, which occurred on 04-10-2019, I responded to the area of Natural Bridge and Kingshighway to assist with the conclusion of the pursuit. While units were engaged in the pursuit Detective Brown broadcasted, via radio, that the suspect was involved in a narcotics investigation and was moving around in the vehicle and is known to be armed. At the conclusion of the pursuit P.O. Martin broadcasted, via radio, the suspect vehicle crashed at the intersection. Upon my arrival, I observed a white male handcuffed laying next to a St. Ann Patrol car. As I approached the scene there was a group starting to form on the southwest corner of the intersection. I contacted Detective Brown and asked if he was ok which he advised yes. Additionally, Det. Brown informed me that the suspect had resisted during his apprehension. I informed P.O. Mudd and P.O. Freet to transport the suspect and passenger back to the St. Ann Police Department. I was later informed during the suspects apprehension he would not display his hands therefore units used force to take the suspect into custody. After the suspect and passenger were transported from the scene I, along with additional units, concluded our investigation of the accident and cleared the roadway. The victim and the suspect vehicle were conveyed by Doc's Towing to the St. Ann Police Department for processing.

Respectfully Submitted,

Detective Sergeant Inman DSN 162

TO - FROM MEMO - rev. 10/03/2017 | SAPD-F15-1086

GOV-000024


# ST. ANN DEPARTMENT OF POLICE

aron Jimenez
hief of Police


**FBI
National Academy
Session # 260**

### Internal Affairs Investigation
### Conclusion

To:     Chief of Police                                      I.A. Case 2019-04
FM:    Maj. Adrian Barry #110
Re:     Inquiry of Misconduct – Ellis Brown Dsn #181
Date:   Tuesday, April 09, 2019

Sir,

An Internal Affairs Investigation was conducted concerning the conduct of St. Ann Police Department Detective Ellis Brown DSN #181, in reference to the level of use of force used to effect an arrest during a pursuit. See St. Ann Police Complaint #19-00427.

**This investigation determined that there is sufficent evidence which indicates the act or incident did occur, but the actions were justified, lawful and proper.**

**As a result, administrative agency action will not be taken as a result of this investigation.**

This concludes this Internal Affairs Investigation.


Respectfully submit

Adrian L. Barry Dsn #110
Major - Internal Affair Division – St. Ann Police


Chief Aaron Jimenez Dsn #101
Chief of Police – St. Ann Police


Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO  63074

      

GOV-000025



# ST. ANN DEPARTMENT OF POLICE



**aron Jimenez**
Chief of Police

## Internal Affairs Investigation
## Classification of Investigation Disposition

**FBI**
**National Academy**
**Session # 260**

Date: Tuesday, April 9, 2019
To: Chief of Police
From: Maj. Adrian L. Barry

The above referenced internal affairs investigation has been completed and the complaint has been classified as:

[ ] Unfounded: There was sufficient evidence to prove the complaint or incident is false or not factual and did not occur.

[X] Exonerated: There is sufficient evidence which indicated that the act or incident did occur, but the actions were justified, lawful and proper.

[ ] Not Sustained: There is insufficient evidence to clearly prove or disprove the complaint or incident.

[ ] Sustained - : There is sufficient evidence to establish that the incident did occur, but
No Discipline the facts and circumstances are of such a nature that formal discipline is
not warranted.

[ ] Sustained - : There is sufficient evidence to establish that the incident did occur and
Discipline the facts and circumstances support the determination that these
actions constitute misconduct.

Should you have any questions regarding the above disposition, please do not hesitate to contact me through the chain of command.

Signed,

Maj. Adrian Barry
Major Internal Affairs - St. Ann Police

Ph: (314) 427-8000 • 428-6868 • Fax: (314) 428-6825
10405 St. Charles Rock Rd. • St. Ann, MO 63074

      

GOV-000026