UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:20-CR-00380-AGF |
| ELLIS CARROLL BROWN III, | ) | |
| Defendant. | ) | |

# **ORDER**

**IT IS HEREBY ORDERED** that the following jurors, referenced by their Juror Participant Numbers, are executed from reporting for service on June 8, 2021, and are deferred to future dates:

101303287

101334005

Dated this 1st day of June, 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE