UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.4:20 CR 380-AGF |
| | ) |
| ELLIS CARROLL BROWN, III, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S PRELIMINARY EXHIBIT LIST**

COMES NOW Defendant, Ellis Carroll Brown III, by and through his counsel, James P. Towey, Jr., and provides notice of his intention to offer the following exhibits at trial in the above-captioned matter:

1. St. Louis University Discharge Summary
2. John Bernsen – 302
3. Chief Aaron Jimenez – 302
4. Daniel Mudd – 302
5. Benjamin Freet – 302
6. From Real STL News April 11
7. Brian Hayes – 302
8. Hillsdale Reports
9. Interview of Ellis Brown – 10302019 Transcript
10. Kolb Victim – 302
11. Patrick Martin Incident Report
12. Brandon Means – 302
13. Edward Napier – 302
14. Patrick Martin – 302
15. Sgt. Robert Inman – 302

16. Sgt. Rob Scott – 302

17. St. Louis Metropolitan Police Department

18. St. Louis University Hospital – 302

19. St. Ann Police Department Use of Force Policy

20. St. Ann Police Department Calls for Service

21. St. Ann Police Report 19-00428

22. St. Ann Police Report 19-00427

23. Steven Kolb – SSM Health St. Louis University Hospital Admission Record

24. US Bank ATM Video

25. All St. Ann Dispatch Audio

26. All St. Ann Dash Cam Video

27. Patrick Martin – All Views

28. Benjamin Freet – All Views

29. Daniel Mudd – All Views

30. St. Ann Cad Notes

31. Steven Kolb Booking Photo

32. Ellis Brown Shoes

33. Photos of Kolb's Car After Accident

Should the defendant elect to utilize additional exhibits, they shall be disclosed as soon as practicable.

Respectfully submitted,

/s/ James P. Towey, Jr.
JAMES P. TOWEY, JR. #35351
Attorney for Defendant
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017
(314) 392-5200

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Sirena Miller Wissler and Derek Wiseman, Assistant United States Attorneys.

                                              /s/ James P. Towey, Jr.