## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.4:20 CR 380-AGF |
| | ) |
| ELLIS CARROLL BROWN, III, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S AMENDED PRELIMINARY EXHIBIT LIST**

COMES NOW Defendant, Ellis Carroll Brown III, by and through his counsel, James P. Towey, Jr., and provides notice of his intention to offer the following exhibits at trial in the above-captioned matter:

1. St. Louis University Discharge Summary
2. From Real STL News April 11
3. St. Ann Police Department Use of Force Policy
4. St. Ann Police Report 19-00427
5.. Steven Kolb – SSM Health St. Louis University Hospital Admission Record
6. US Bank ATM Video
7. All St. Ann Dispatch Audio
8. Patrick Martin Dash Cam Video – All Views
9. Benjamin Freet Dash Cam – All Views
10. Daniel Mudd Dash Cam– Transport video
11. St. Ann CAD Notes
12. Steven Kolb Booking Photo
13. Ellis Brown Shoes

14. Photos of Kolb's Car After Accident

15. Steven Kolb Crash Report 4/9/2019

Should the defendant elect to utilize additional exhibits, they shall be disclosed as soon as practicable.

Respectfully submitted,

/s/ James P. Towey, Jr.
JAMES P. TOWEY, JR. #35351
Attorney for Defendant
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017
(314) 392-5200

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Sirena Miller Wissler and Derek Wiseman, Assistant United States Attorneys.

/s/ James P. Towey, Jr.