UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| UNTIED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 4:20-CR-380-AGF |
| | ) | |
| v. | ) | |
| | ) | |
| ELLIS CARROLL BROWN, III, | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF EXPERT WITNESS

COMES NOW Defendant, Ellis Carroll Brown, III, and after consultation with counsel, withdraws the request that Christopher Tucker be allowed to testify as an expert witness in the above-captioned matter.

Respectfully submitted,

/s/ James P. Towey, Jr.
JAMES P. TOWEY, JR. #35351
Attorney for Defendant
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017
(314) 392-5200

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Sirena Miller Wissler and Derek Wiseman, Assistant United States Attorneys.

/s/ James P. Towey, Jr.