UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CR-00380-AGF ) |
| ELLIS CARROLL BROWN III, | ) ) |
| Defendant. | ) ) |

## **ORDER**

In light of the Defendant's Notice (Doc. No. 71) to withdraw his prior notice of expert testimony (Doc. No. 65),

**IT IS HEREBY ORDERED** that the Government's Motion in Limine to Preclude the Testimony of Christopher B. Tucker [Doc. No. 70] is **DENIED as moot**.

Dated this 7th day of June, 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE